Eureka Mower Company of Utica, N. Y., Respondent, v. Eureka Mower Company of Towanda, Penn., Appellant.

Eureka Mower Company of Utica, N. Y., Respondent, v. Eureka Mower Company of

Towanda, Penn., Appellant. — Order reversed and motion granted discharging the referee, with leave to apply at Special Term by either party for the appointment of another referee; no costs on this appeal. Opinion by Follett, J.; dissenting Mem. by Hardin, P. J.